# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **JENNIFER L. JOHNSON** : | **CIVIL ACTION** |
| : | |
| **v.** : | |
| : | |
| **NANCY A. BERRYHILL, Acting** : | |
| **Commissioner of Soc. Sec.** : | **NO. 17-1680** |

## ORDER

**NOW**, this 21st day of May, 2018, upon consideration of Plaintiff's Brief and Statement of Issues in Support of Request for Judicial Review (Document No. 12), the defendant's response, the plaintiff's reply, the Report and Recommendation of United States Magistrate Judge Marilyn Heffley (Document No. 16), the plaintiff's objections to the Report and Recommendation, the defendant's response to the objections, and after a thorough and independent review of the record, it is **ORDERED** as follows:

1. The plaintiff's objections are **OVERRULED**;

2. The Report and Recommendation is **APPROVED** and **ADOPTED**; and,

3. The plaintiff's request for review is **DENIED**.

/s/TIMOTHY J. SAVAGE